# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Brett Sears,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Stephen Sisolak,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-00890-APG-BNW<br><br>**REPORT AND RECOMMENDATION** |

On May 20, 2020, this Court entered an order denying Plaintiff's request to proceed *in forma pauperis* and requiring Plaintiff to pay the filing fee in this case. (Order (ECF No. 6).) Plaintiff's deadline for paying the filing fee was June 22, 2020. (*Id.*) The Court also advised Plaintiff that a failure to comply with the Court's order would result in a recommendation that his case be dismissed. (*Id.*) Plaintiff has not complied with this order. Given that plaintiff has not complied with the Court's order or filed anything else, he appears to have abandoned this case.

IT IS THEREFORE RECOMMENDED that plaintiff's case be dismissed without prejudice.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: July 20, 2020

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE