UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT SEARS,<br><br>　　　　Plaintiff<br><br>v.<br><br>STEPHEN SISOLAK,<br><br>　　　　Defendant | Case No.: 2:20-cv-00890-APG-BNW<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 7] |

On July 21, 2020, Magistrate Judge Weksler recommended that this case be dismissed without prejudice because plaintiff Brett Sears did not pay the filing fee as ordered. ECF Nos. 6, 7. Sears did not file an objection and he did not pay the filing fee. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation **(EF No. 7) is accepted** and plaintiff Brett Sears' complaint (ECF No. 1-1) is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 13th day of August, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE