AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Brett Sears,

                                 JUDGMENT IN A CIVIL CASE

             Plaintiff,

       v.                           Case Number:  2:20-cv-00890-APG-BNW

Stephen Sisolak,

              Defendant.

___     **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕     **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered this case is dismissed without prejudice

8/13/2020                                             DEBRA K. KEMPI

Date                                                     Clerk

                                                    /s/ M. Reyes

                                                    Deputy Clerk